

P.O. Box 4000
Rawlins, WY 82301

5819 Lockheed Ave
Loveland, CO 80538

1-800-338-8395

September 30, 2021

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 06 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

To Whom It May Concern,

Regarding case #18-08398,

CollectionCenter, Inc. would like to withdraw the following claims:

-Claim in the amount of $652.33

The claim was filed in error.

Thank you,

*Robin Hoffmann*

**Robin Hoffmann** / Administrative Services Team Lead

**CollectionCenter, Inc.**
(970) 699-7078

Cc: David Cutler
4131 Main St
Skokie, IL 60076